FILED
October 14, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003001872

Total pages: 3
JAMES E. SALVEN
Chapter 7 Trustee
8427 N. Millbrook Ave., Ste. 101
Fresno, California 93720
(559) 230-1095

# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In the Matter of

**DENNIS & DEBORAH WHITE,**

Debtor(s).

Case No. 10-16425-B-7

DC No. JES-2

**TRUSTEE'S MOTION TO SELL PROPERTY, OUT OF THE ORDINARY COURSE OF BUSINESS AT PUBLIC AUCTION**

Date: November 17, 2010
Time: 10:00 a.m.
Dept: B

TO THE HONORABLE W. RICHARD LEE, UNITED STATES BANKRUPTCY JUDGE:

James Salven respectfully represents:

1. He is the duly appointed, qualified and acting trustee of the above-entitled estate.

2. The above-captioned case was filed under Chapter 7 on 06/08/2010.

3. This Court has jurisdiction over this proceeding by virtue of 28 U.S.C. §1334(a). This is a "core" proceeding pursuant to 28 U.S.C. §157(b)(2)(A)(N). This motion is brought pursuant to 11 U.S.C. §363.

4. Among the assets of this estate are: **1987 Freightliner,**

bearing VIN 2FUEYDYB3HV306171; 1988 Utility Trailer, bearing VIN CAL91187; 1988 Big Rig Trailer, bearing VIN F6931; 1989 Carrier Trailer, bearing VIN 16VPB1823K1H27304; 1995 Trailer, bearing VIN 1TKC02427SM099327; 1999 Ford, bearing VIN 3FENF801XXMA18015; 1999 Chevy, bearing VIN 1GBJC34R8XF041347; 2000 Dodge Ram, bearing VIN 1B7MF336245157052; 2000 Trailer, bearing VIN CA663818; 2003 Trailer, bearing VIN 22108TR.

5. The trustee wishes to sell the subject assets for the benefit of the estate. The Trustee has elected to sell the property at a public auction to be held on November 17, 2010, or as soon thereafter as determined by auctioneer.

6. The appointment of an auctioneer to conduct the auction of said property has been previously approved by this Court. The Auctioneer is Baird Auctions & Appraisals.

7. The auctioneer's compensation for undertaking this assignment is listed in the Application to Employ. Included in the commission will be the auctioneer's necessary expenses, including but not limited to, pick-up transport, storage, inventory, security, advertising and other costs of sale.

8. The trustee is informed and believes the said personal property is not subject to any liens or encumbrances.

9. The trustee believes that confirmation of said sale on the terms set forth above is in the best interest of the creditors of this estate and all parties in interest.

**WHEREFORE**, the Movant prays as follows:

1. For an order approving the public auction sale of the subject property described above, to be held on or about November 17, 2010 at Baird Auctions & Appraisals.

2.   For such other and further relief as the Court deems just and proper.

DATED:  10/13/10            _____
                            JAMES E. SALVEN,
                            Movant